IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 4:25-cm-00001-DGK |
| JOSHUA NYAUNDI, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

On June 3, 2025, the Honorable W. Brian Gaddy held a competency hearing. ECF No. 34. Now before the Court is Judge Gaddy's report and recommendation that Defendant Joshua Nyaundi is competent to proceed in this case. ECF No. 35. The parties have no objection to the report and recommendation. ECF Nos. 37, 38.

After an independent, de novo review of the record and applicable law, the Court ADOPTS the report and recommendation in its entirety, and the Court finds that Defendant is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him and assisting in his defense.

**IT IS SO ORDERED.**

Date: June 11, 2025

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT